FILED
U.S. DISTRICT COURT
SAV. DIV.

2013 JAN -2  PM 4: 23

CLERK L. moore
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION NO. _____ |
| | ) | |
| v. | ) VIO: 16 U.S.C. § 3372 | CR213-001 |
| | ) Lacey Act Violation | |
| LEWIS JACKSON, | ) | |
| | ) | |
| Defendant | ) | |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
16 U.S.C. § 3372(a)(1) and 3373 (d)(1)(B)
(Lacey Act Violation)

On or about May 27, 2012, in McIntosh County, in the Southern District of Georgia, the defendant,

LEWIS JACKSON

did knowingly receive and acquire wildlife, that being 156 sea turtle eggs with a market value in excess of $350, knowing that said wildlife was taken, possessed and transported in violation of the laws and regulations of the United States, specifically, the Endangered Species Act, Title 16, United States Code, Section 1538(a)(1)(B), which prohibits the knowing possession without a permit of an endangered species within the United States, all in violation of Title 16, United States Code, Sections 3372 (a) (1) and 3373 (d) (1).

*Signatures on following page*

_____  _____
Edward J. Tarver            E. Greg Gilluly, Jr.   (*Lead counsel*)
United States Attorney      Assistant United States Attorney

_____  _____
Brian Rafferty              James Durham
Criminal Chief              First Assistant United States Attorney
Assistant United States Attorney